IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TONYA CHAMBERS, | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 4:19-CV-000987-Y |
| AEROCARE HOLDINGS INC. | § § | |
| Defendant. | § § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Tonya Chambers files this Certificate of Interested Parties pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.4, and states as follows:

A complete list of all persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities, including any unincorporated entities such as LLSs or LLPs, that are financially interested in the outcome of the litigation.

    A.    <u>Plaintiff</u>:

        Tonya Chambers

    B.    <u>Counsel for Plaintiffs:</u>

        Jennifer J. Spencer
        James E. Hunnicutt
        M. Neal Bridges
        Jackson Spencer Law pllc
        12221 Merit Drive
        Three Forest Plaza, Suite 160
        Dallas, Texas 75251
        (972) 458-5319 (Telephone)
        (972) 770-2156 (Fax)

C. <u>Defendant</u>:

AeroCare Holdings Inc.

D. <u>Counsel for Defendant</u>:

Paul E. Hash
Shelby M. Broaddus
Jackson Lewis P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
(214) 520-2400 (telephone)
(214) 520-2008 (facsimile)

Respectfully submitted,

/s/ *Jennifer J. Spencer*_____
Jennifer J. Spencer
State Bar No. 10474900
jspencer@jacksonspencerlaw.com
James E. Hunnicutt
State Bar No. 24054252
jhunnicutt@jacksonspencerlaw.com
M. Neal Bridges
State Bar No. 24092171
nbridges@jacksonspencerlaw.com
JACKSON SPENCER LAW PLLC
Three Forest Plaza
12221 Merit Drive, Suite 160
Dallas, Texas 75251
(972) 458-5301 (Telephone)
(972) 770-2156 (Fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that on December 10, 2019, a true and correct copy of the above document was served on counsel for Defendant using the electronic case filing system of the Court.


                */s/   Jennifer J. Spencer*_____
                Jennifer J. Spencer