IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TONYA CHAMBERS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-987-Y |
| | § | |
| AEROCARE HOLDINGS, INC. | § | |

## ORDER REGARDING DISCOVERY MOTION

Pending before the Court is Plaintiff Tonya Chambers' Motion to Compel Discovery [doc. 11]. After carefully considering this matter, the Court finds that the parties should be given a final opportunity to resolve this motion without Court intervention.

In this regard, the parties are directed to the per curiam opinion in *Dondi Properties Corp. v. Commerce Savings & Loan Assoc.*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc). That opinion sets forth standards of conduct for counsel and pro-se parties to follow throughout litigation. Particularly relevant here are the standards for conduct during discovery. "[Parties] should make reasonable efforts to conduct all discovery by agreement." *Id.* at 293. **The Court cautions the parties that it does not take discovery disputes lightly, and, if a final resolution by the Court is necessary, sanctions will be imposed upon any party conducting or opposing discovery unreasonably, in bad faith, or otherwise not in compliance with the rules or *Dondi*.**

It is further **ORDERED** that the parties shall confer and make a good-faith effort to resolve Plaintiff's Motion to Compel Discovery by **September 21, 2020.**

Further, it is **ORDERED** that, if the parties are able to completely resolve this discovery dispute, the Plaintiff notify the Court in writing as soon as possible, but not later than **September 22, 2020**, that the motion should be rendered moot.

Further, it is **ORDERED** that, if the parties are able to resolve part, but not all of their discovery dispute, Plaintiff shall file an amended motion as to the remaining disputed matters only no later than **September 25, 2020**.

Further, it is **ORDERED** that the Defendant's response to any remaining discovery motion, whether original or amended, shall be filed no later than **October 2, 2020**.

SIGNED September 14, 2020.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

JLC/knv